```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30832
   DANIEL JOHN OMARRAH
   STELLA OMARRAH                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-0883      SSN XXX-XX-2330

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/19/2004 and was confirmed 01/12/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 06/18/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            7475.00         435.91        7475.00
INTERNAL REVENUE SERVICE  SECURED                .00            .00            .00
T-MOBILE BANKRUPTCY       UNSECURED           160.07            .00         160.07
PEOPLES GAS LIGHT & COKE  UNSECURED OTH        24.12            .00          24.12
COMMONWEALTH EDISON       UNSECURED          1527.58            .00        1527.58
ASPIRE                    UNSECURED           590.04            .00         590.04
RX ACQUISITIONS LLC       UNSECURED           138.00            .00         138.00
RX ACQUISITIONS LLC       UNSECURED           216.25            .00         216.25
RX ACQUISITIONS LLC       UNSECURED            28.50            .00          28.50
RX ACQUISITIONS LLC       UNSECURED           253.10            .00         253.10
ILLINOIS INTERNET 410     UNSECURED           479.99            .00         479.99
INTERNAL REVENUE SERVICE  UNSECURED          7588.36            .00        7588.36
PHILLIP MCEVOY            UNSECURED           906.00            .00         906.00
ASSET ACCEPTANCE CORP     UNSECURED           254.49            .00         254.49
AT & T BANKRUPCTY         UNSECURED           296.68            .00         296.68
NATIONWIDE ACCEPTANCE~    UNSECURED          1044.38            .00        1044.38
A-ALL PAYDAY LOANS        FILED LATE         1464.65            .00            .00
COMCAST                   UNSECURED         NOT FILED           .00            .00
CB & T                    UNSECURED         NOT FILED           .00            .00
PAYDAY LOAN               UNSECURED         NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED          1222.16            .00        1222.16
JENNIFER A BLANC DOUGE    DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                          1,231.93
DEBTOR REFUND             REFUND                                           1,011.41

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  24,883.97

PRIORITY                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 30832 DANIEL JOHN OMARRAH & STELLA OMARRAH
```

```
SECURED                                                      7,475.00
    INTEREST                                                   435.91
UNSECURED                                                   14,729.72
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                         1,231.93
DEBTOR REFUND                                                1,011.41
                                     ---------------   ---------------
TOTALS                                     24,883.97         24,883.97
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/13/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```